LOUIS M. HAUBEN et al., Individually and as Stockholders of INDUSTRIAL FINANCE CORPORATION, Plaintiffs, and WILLIAM I. ROSENFELD et al., Individually and as Stockholders of INDUSTRIAL FINANCE CORPORATION, Appellants, v. ARTHUR J. MORRIS et al., Respondents, Impleaded with Others.

Submitted December 5, 1938; decided December 9, 1938.

*Frank Aranow* for motion.
*Norman P. S. Schloss,* in person, opposed.
Motion denied.